MELINDA HAAG, CSBN 132612
United States Attorney

JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division

MELANIE L. PROCTOR, 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6730
    FAX:  (415) 436-7169
    E-mail:  melanie.proctor@usdoj.gov

Attorneys for Plaintiff

**FILED**

AUG 2 0 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>    Plaintiff, <br><br>    v. <br><br>24/94 kg bags, more or less, of an article of food, labeled in part: <br>"*** SENNA PODS *** PRODUCE OF INDIA *** NETT 94 KGS *** Item# W1520 *** Lot # 110220 *** Nt. Wt. # 211.2 LBS *** Country of Origin: INDIA ***" <br><br>and <br><br>all other articles of food in various sizes and types of containers (excluding metal and glass containers) that are located anywhere on the premises of San Francisco Herb and Natural Food Company, 47444 Kato Road, Fremont, California, which are unlabeled or affixed with labels bearing, among other things, the name and address of the manufacturer, packer, or distributor located outside the State of California, or which are otherwise determined to consist in whole or in part of components that have originated from outside the State of California, <br><br>    Defendants. | No. C 12-4369 EDL <br><br><br><br>**WARRANT FOR ARREST IN REM** |

WARRANT
No. C 12-4369 EDL

1  TO THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF
2  CALIFORNIA:

3      WHEREAS, a Verified Complaint for Forfeiture has been filed in this Court on
4  August 20, 2012, by the United States of America by and through the United States Attorney for
5  the Northern District of California, an action in rem, against the above-captioned property,
6  Defendant, hereinafter referred to as "the property," alleging that the articles of food are
7  adulterated while held for sale after shipment of one or more of their components in interstate
8  commerce, within the meaning of the Act, 21 U.S.C. 342(a)(4), in that they have been prepared,
9  packed and held under insanitary conditions whereby they may have become contaminated with
10 filth.

11     For the reasons and causes mentioned in said Verified Complaint of the United States for
12 Forfeiture; and said complaint further praying for the issuance of a warrant for the arrest of the
13 property to be had and that all persons having right, title, or interest therein be cited to appear and
14 show cause why the defendant property should not be condemned as forfeited to the UNITED
15 STATES;

16     NOW THEREFORE, warrant of arrest hereby issues and all persons having an interest or
17 right therein shall be cited to appear and answer all matters propounded in the complaint, and
18 why this Court should not order and decree the condemnation and forfeiture of the property.

19     YOU ARE THEREFORE COMMANDED, on finding of probable cause, to arrest the
20 property described above and take it into your possession, if practicable, for safe custody as
21 provided by Rule G(3)(b)(ii), Supplemental Rules for Certain Admiralty and Maritime Claims,
22 and otherwise appropriately personally execute service of process against such property in
23 conformity with Rule G(3)(b)(ii) of the Supplemental Rules of Certain Admiralty and Maritime
24 Claims, and to make your due and prompt return as provided by law. If the situation of the
25 property is impracticable, you shall execute a seizure in place, leaving a copy of this Warrant
26 with the person having possession or his agent.

27     YOU ARE FURTHER ORDERED to cause publication of public notice as to the filing
28 of the Complaint for Forfeiture herein and the arrest of the property, as required by Rule G(4) of

COMPLAINT
No. C 12-4369 EDL           2

the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules for Civil Procedure. Such notice shall provide, inter alia, that any claimant of, in, or to said property must file a verified statement of interest therefor in this action with the Clerk of the United States District Court, Northern District of California, San Francisco, California on or before 10:00 a.m., within thirty (30) days from the date of last publication of the notice. Such claimant shall serve an answer to plaintiff's Complaint within twenty (20) days after the filing of a verified statement of interest as provided by Rule G(5) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules for Civil Procedure.

YOU ARE FURTHER ORDERED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals who received copies of this matter and the manner employed.

DATED: Aug 20, 2012

U.S. District Court

United States Magistrate Judge
U.S. District Court
Northern District of California