1  MELINDA HAAG, CSBN 132612
   United States Attorney

2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division

4  MELANIE L. PROCTOR, CSBN 228971
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102
          Telephone:    (415) 436-6730
7         FAX:          (415) 436-7169
          E-mail:       melanie.proctor@usdoj.gov
8
   Attorneys for Plaintiff
9
                               UNITED STATES DISTRICT COURT
10
                             NORTHERN DISTRICT OF CALIFORNIA
11
                                    SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,                ) No. C 12-4369 EDL
13                                          )
              Plaintiff,                    )
14                                          )
        v.                                  )
15                                          ) CONSENT TO UNITED STATES
   24/94 kg bags, more or less, of an article of ) MAGISTRATE JURISDICTION
16 food, labeled in part:                   )
   "*** SENNA PODS *** PRODUCE OF           )
17 INDIA *** NETT 94 KGS *** Item#          )
   W1520 *** Lot # 110220 ***               )
18 Nt. Wt. # 211.2 LBS *** Country          )
   of Origin: INDIA ***"                    )
19                                          )
   and                                      )
20                                          )
   all other articles of food in various sizes and )
21 types of containers (excluding metal and )
   glass containers) that are located anywhere )
22 on the premises of San Francisco Herb and )
   Natural Food Company, 47444 Kato Road, )
23 Fremont, California, which are unlabeled or )
   affixed with labels bearing, among other )
24 things, the name and address of the      )
   manufacturer, packer, or distributor located )
25 outside the State of California, or which are )
   otherwise determined to consist in whole or )
26 in part of components that have originated )
   from outside the State of California,    )
27                                          )
              Defendants.                   )
28                                          )
   _____)

   CONSENT
   No. C 12-4369 EDL

1 CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

2     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned
3 party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all
4 further proceedings in the case, including trial, and order the entry of a final judgment. Appeal
5 from the judgment shall be taken directly to the United States Court of Appeals for the Ninth
6 Circuit.

7     Respectfully submitted,

8     MELINDA HAAG
    United States Attorney

9 Dated: August 21, 2012     /s/Melanie L. Proctor
10     MELANIE L. PROCTOR
    Assistant United States Attorney
11     Counsel for the United States

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28